UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Howard N. Sobel, Esq. (HS-5868)
**HOWARD N. SOBEL, P.A.**
507 Kresson Road, P.O. Box 1525
Voorhees, NJ 08043
Telephone: (856) 424-6400
Facsimile: (856) 424-7019
*Attorneys for Plaintiff, Linda Quinn*

| | |
|---|---|
| In re: | Chapter 7 |
| LINDA QUINN, | Case No. 20-15475-JNP |
| Debtor. | |
| LINDA QUINN, | |
| Plaintiff, | Adv. Case No. 20-1414-JNP |
| v. | |
| NEW JERSEY HIGHER EDUCATION STUDENT ASSISTANCE AUTHORITY and WELLS FARGO EDUCATION FINANCIAL SERVICES, | |
| Defendant. | |

## CERTIFICATION OF SERVICE

1. I, Howard N. Sobel, Esq., represent the Plaintiff, Linda Quinn, in the above referenced Adversary proceedings.

2. On July 28, 2020, I transmitted a copy of the following pleadings to the parties listed in the chart below:

    (a) Adversary Complaint and

(b) Summons.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

HOWARD N. SOBEL, P.A.

HOWARD N. SOBEL

Dated: August 6, 2020

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Higher Education Student Assistance Authority<br>4 Quakerbridge Plaza<br>Trenton, NJ 08619<br><br>*NJAG.electronicservice.civilmatters@law.njoag.gov* | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-mail - Per the COVID-19 Orders of the New Jersey Supreme Court<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by Court) |
| Wells Fargo Education Financial Services<br>c/o Corporation Service Company, Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Defendant | ☐ Hand-delivered<br>X Regular mail<br>X Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by Court) |